UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS W. GLOVER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-153 (TSC) (GMH) |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the oral requests of the parties at the Status Hearings held on May 12, 2015 and July 2, 2015, it is **ORDERED** as follows:

1. A Master Case File is established for the instant case, 15-cv-153-TSC, as well as 15-cv-226-TSC, 15-cv-227-TSC, 15-cv-621-TSC, 15-cv-1064-TSC and for all other cases filed, transferred, or removed to this court and related to the Yellow Line Cases. An original of this Order must be filed in the Master Case File by the Clerk of Court, as well as in each of the individual case files identified above. **Any pleading or paper filed relating to any of the Yellow Line Cases must be filed ONLY in the Master Case File.** Further, **a**ny pleading or paper filed or served in each of the Yellow Line Cases must bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES,<br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO: | )<br>)<br>)<br>)<br>)   Case No.          (TSC) (GMH)<br>)<br>)<br>)<br>)<br>) |

2. When a document applies to all actions included in the Yellow Line Cases:

    a) the document must be filed ONLY in the Master Case File;

    b) the designation "ALL CASES" must appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption above; and

    c) this same designation must appear in the title/description of the document when entered on the court's Case Management/Electronic Case Filing (CM/ECF) docket.

3. When a document applies to only one case or more than one case, but not all of the cases, included in the Yellow Line Cases:

    a) it must be filed ONLY in the Master Case File;

    b) the relevant case name(s) and case number(s) must appear in the caption of the document immediately after the words "THIS DOCUMENT RELATES TO." For example: "THIS DOCUMENT RELATES TO: Glover v. WMATA 15-cv-153" or "THIS DOCUMENT RELATES TO: Glover v. WMATA 15-cv-153; Rich v. WMATA 15-cv-227; and Reed v. WMATA 15-cv-621"; and

    c) this same designation must appear in the title/description of the document when entered on the court's CM/ECF docket.

4. E-mail addresses and telephone numbers are required for all attorneys and must be included on the Proof of Service on all filings. All service lists must include e-mail addresses and telephone numbers to facilitate communication among the parties.

5. Any pleading or paper filed in the Yellow Line Cases must be filed with the Clerk of this Court in these proceedings and not with any transferor court.

6. Service in the Yellow Line Cases must be made on all parties through ECF and pursuant to the Federal Rules of Civil Procedure.

Date: July 29, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge