# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) | |
| **THE YELLOW LINE CASES** | ) ) | 15-mc-989-TSC-GMH |
| **This order relates to** *Stroud v. WMATA* **16-cv-370-TSC** | ) ) ) ) | |

## ORDER

Pursuant to the September 26, 2016 "Praecipe to Dismiss Without Prejudice Pursuant to F.R.C.P. 25(a)" (ECF No. 20), the matter of *Stroud v. WMATA*, 16-cv-370-TSC is hereby dismissed without prejudice.

Date:  September 26, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge