UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| THE YELLOW LINE CASES | ) ) | 15-mc-989-TSC-GMH |
| This order relates to *Robinson v. WMATA* 16-cv-350-TSC | ) ) ) ) | |

**ORDER**

Pursuant to the May 5, 2017 "Praecipe to Dismiss Without Prejudice Pursuant to F.R.C.P. 25(a)" (ECF No. 250), the matter of *Robinson v. WMATA*, 16-cv-350-TSC is hereby dismissed without prejudice.

Date: May 17, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge