## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>(Case No. 1:15-cv-621-TSC-GMH)<br><br>Plaintiff,<br><br>v.<br><br><br>WASHINGTON   METROPOLITAN   AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 1:15-mc-00989-TSC-GMH |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeremy Reed dismisses his actions by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear its own costs.

The instant dismissal is intended to dismiss claims asserted by the listed plaintiff only.

DATED this 27th day of October, 2017.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC


By:  */s/ Salvatore J. Zambri_____*
      Salvatore J. Zambri  #439016
      szambri@reganfirm.com
      1919 M Street, N.W., Suite 350
      Washington, D.C. 20036
      PH:     (202) 463-3030
      Fx:     (202) 463-0667
      *Counsel for Plaintiff*


      */s/ **Barry D. Trebach**_____*
      Barry D. Trebach, Esquire (#358957)
      Joseph J. Bottiglieri, Esquire (#418523)
      Andrew Butz, Esquire (#933473)
      William H. White Jr., Esquire (#461341)
      Nimalan Amirthalingam, Esquire (#485117)
      Mana Kinoshita, Esquire (#1022191)
      **BONNER KIERNAN TREBACH
            & CROCIATA, LLP**
      1233 20th Street, NW,  Suite 800
      Washington, D.C. 20036
      T: (202) 712-7000
      F: (202) 712-7100
      btrebach@bonnerkiernan.com
      jbottiglieri@bonnerkiernan.com
      abutz@bonnerkiernan.com
      wwhite@bonnerkiernan.com
      namirthalingam@bonnerkiernan.com
      mkinoshita@bonnerkiernan.com

      Brendan H. Chandonnet, Esquire (#986719)
      **WMATA**
      600 5th Street, N.W.
      Washington, DC 20001
      T: (202) 962-1496
      bchandonnet@wmata.com
      *Counsel for Defendant WMATA*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 27, 2017, a copy of the foregoing was served *via* the Court's electronic filing system on all counsel of record:


*/s/ Salvatore J. Zambri*