**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-02459 *Evelyn Holt and Madeleine Miguel v. WMATA*<br><br>        Plaintiffs,<br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br>    Defendant. | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Evelyn Holt and Madeleine Miguel, dismiss their actions by stipulation of all parties who have appeared. The undersigned counsel for Plaintiffs and Defendant accordingly stipulate that the claims asserted by the listed Plaintiffs be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiffs only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Craig D. Miller*
_____
Craig D. Miller, Esq.  (#459784)
Simeone & Miller, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036
cmiller@simeonemiller.com

*Counsel for Plaintiffs*

*Mana Kinoshita*
_____
Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com


Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington Metropolitan Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-00279 *Carrie Hall v. WMATA*<br><br>                    Plaintiff,<br>v.<br><br>WASHINGTON   METROPOLITAN   AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>                    Defendant. | **STIPULATION   OF   DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Carrie Hall, dismisses her action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiff only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Joseph T.  Musso*

Joseph T.  Musso, Esq. (#996784)
Jerry Spitz, Esq. (#413137)
Drew LaFramboise, Esq. (#1018140)
Ashcraft & Gerel, LLP
4900 Seminary Rd. Ste. 650
Alexandria, VA 22311
(703) 931-5500 (P)
(703) 820-1656 (F)
jmusso@ashcraftlaw.com
jspitz@ashcraftlaw.com
dlaframboise@ashcraftlaw.com

/s/ *Kim Brooks-Rodney*

Kim Brooks-Rodney, Esq. (#405477)
Cohen & Cohen, P.C.
1220 19th Street, NW, Ste 500
Washington, DC 20036
(202) 955-4529 (P)
(202) 955-3142 (F)

*Counsel for Plaintiff*

*Mana Kinoshita*

Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com

Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington   Metropolitan   Area   Transit
Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel   for   Defendant   Washington
Metropolitan Area Transit Authority*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

<u>*/s/ Mana Kinoshita*</u>
Mana Kinoshita

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington*<br>*Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-00271 *Teri Laraine Fowler v. WMATA*<br><br>             Plaintiff,<br>v.<br><br>WASHINGTON   METROPOLITAN   AREA<br>TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>             Defendant. | **STIPULATION   OF   DISMISSAL**<br>**PURSUANT TO FEDERAL RULE OF**<br>**CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Teri Laraine Fowler, dismisses her action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiff only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Joseph T.  Musso*
_____

Joseph T.  Musso, Esq. (#996784)

Jerry Spitz, Esq. (#413137)

Drew LaFramboise, Esq. (#1018140)

Ashcraft & Gerel, LLP

4900 Seminary Rd. Ste. 650

Alexandria, VA 22311

(703) 931-5500 (P)

(703) 820-1656 (F)

jmusso@ashcraftlaw.com

jspitz@ashcraftlaw.com

dlaframboise@ashcraftlaw.com


/s/ *Kim Brooks-Rodney*
_____

Kim Brooks-Rodney, Esq. (#405477)

Cohen & Cohen, P.C.

1220 19th Street, NW, Ste 500

Washington, DC 20036

(202) 955-4529 (P)

(202) 955-3142 (F)


*Counsel for Plaintiff*

*Mana Kinoshita*
_____

Barry D. Trebach, Esq. (#358975)

Nimalan Amirthalingam,Esq. (#502942)

Joseph J. Bottiglieri, Esq. (#418523)

William H. White Jr., Esq. (#461341)

Mana Kinoshita, Esq. (#1022191)

Bonner Kiernan Trebach & Crociata, LLP

1233 20th Street, NW, 8th Floor

Washington, DC 20036

(202) 712-7000 (P)

(202) 712-7100 (F)

btrebach@bonnerkiernan.com

jbottiglieri@bonnerkiernan.com

wwhite@bonnerkiernan.com

namirthalingam@bonnerkiernan.com

mkinoshita@bonnerkiernan.com


Brendan H. Chandonnet, Esq. (#986719)

*Assistant General Counsel*

Washington   Metropolitan   Area   Transit Authority

600 Fifth Street, NW

Washington, DC 20001

(202) 962-2805 (P)

(202) 962-2550 (F)

bchandonnet@wmata.com


*Counsel   for   Defendant   Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington*<br>*Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-00319 *Robert Logan v. WMATA*<br><br>            Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>            Defendant. | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Robert Logan, dismisses his action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiff only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Joseph T.  Musso*
Joseph T.  Musso, Esq. (#996784)
Jerry Spitz, Esq. (#413137)
Drew LaFramboise, Esq. (#1018140)
Ashcraft & Gerel, LLP
4900 Seminary Rd. Ste. 650
Alexandria, VA 22311
(703) 931-5500 (P)
(703) 820-1656 (F)
jmusso@ashcraftlaw.com
jspitz@ashcraftlaw.com
dlaframboise@ashcraftlaw.com


/s/ *Kim Brooks-Rodney*
Kim Brooks-Rodney, Esq. (#405477)
Cohen & Cohen, P.C.
1220 19th Street, NW, Ste 500
Washington, DC 20036
(202) 955-4529 (P)
(202) 955-3142 (F)

*Counsel for Plaintiff*

*Mana Kinoshita*
Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com


Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington  Metropolitan  Area  Transit
Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel  for  Defendant  Washington
Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:15-cv-00153 *Marcus W. Glover and Anthony R. Glover, individually and as sons and co-personal representatives of the Estate of Carol Inman Glover v. WMATA*<br><br><br><br>                    Plaintiff,<br>v.<br><br>WASHINGTON   METROPOLITAN   AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>                    Defendant. | **STIPULATION    OF    DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Marcus W. Glover and Anthony R. Glover, individually and as sons and co-personal representatives of the Estate of Carol Inman Glover, dismiss their action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiffs and Defendant accordingly stipulate that the claims asserted by the listed Plaintiffs be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiffs only.

Respectfully submitted this 13th day of April, 2018,

13

/s/ *Patrick M. Regan*

Patrick M. Regan, Esq. (#336107)
Salvatore J. Zambri, Esq. (#439016)
Paul J. Cornoni, Esq. (#489398)
Christopher J. Regan, Esq. (#1018148)
Regan Zambri & Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036
(202) 463-3030 (P)
(202) 463-0667 (F)
pregan@reganfirm.com
szambri@reganfirm.com
pcornonoi@reganfirm.com
cregan@reganfirm.com

*Counsel for Plaintiffs*

*Mana Kinoshita*

Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com

Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington   Metropolitan   Area   Transit
Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel   for   Defendant   Washington
Metropolitan Area Transit Authority*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-00355 *Steven Rossi v. WMATA*<br><br>           Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>           Defendant. | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Steven Rossi, dismisses his action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiff only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Joseph T. Musso*
Joseph T. Musso, Esq. (#996784)
Jerry Spitz, Esq. (#413137)
Drew LaFramboise, Esq. (#1018140)
Ashcraft & Gerel, LLP
4900 Seminary Rd. Ste. 650
Alexandria, VA 22311
(703) 931-5500 (P)
(703) 820-1656 (F)
jmusso@ashcraftlaw.com
jspitz@ashcraftlaw.com
dlaframboise@ashcraftlaw.com


/s/ *Kim Brooks-Rodney*
Kim Brooks-Rodney, Esq. (#405477)
Cohen & Cohen, P.C.
1220 19th Street, NW, Ste 500
Washington, DC 20036
(202) 955-4529 (P)
(202) 955-3142 (F)

*Counsel for Plaintiff*

*Mana Kinoshita*
Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com


Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington   Metropolitan   Area   Transit
Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel  for  Defendant  Washington
Metropolitan Area Transit Authority*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>1:16-cv-00313 *Yvette Kaiser v. WMATA*<br><br>                  Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (a/k/a "WMATA"),<br><br><br>               Defendant. | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1) (A)(ii)**<br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 01:15-mc-00989-TSC-GMH** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Yvette Kaiser, dismisses her action by stipulation of all parties who have appeared.   The undersigned counsel for Plaintiff and Defendant accordingly stipulate that the claims asserted by the listed Plaintiff be dismissed with prejudice, with each party to bear their own costs.

The instant dismissal is intended to dismiss claims asserted by the listed Plaintiff only.

Respectfully submitted this 13th day of April, 2018,

/s/ *Joseph T.  Musso*

Joseph T.  Musso, Esq. (#996784)
Jerry Spitz, Esq. (#413137)
Drew LaFramboise, Esq. (#1018140)
Ashcraft & Gerel, LLP
4900 Seminary Rd. Ste. 650
Alexandria, VA 22311
(703) 931-5500 (P)
(703) 820-1656 (F)
jmusso@ashcraftlaw.com
jspitz@ashcraftlaw.com
dlaframboise@ashcraftlaw.com

/s/ *Kim Brooks-Rodney*

Kim Brooks-Rodney, Esq. (#405477)
Cohen & Cohen, P.C.
1220 19th Street, NW, Ste 500
Washington, DC 20036
(202) 955-4529 (P)
(202) 955-3142 (F)

*Counsel for Plaintiff*

*Mana Kinoshita*

Barry D. Trebach, Esq. (#358975)
Nimalan Amirthalingam,Esq. (#502942)
Joseph J. Bottiglieri, Esq. (#418523)
William H. White Jr., Esq. (#461341)
Mana Kinoshita, Esq. (#1022191)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
(202) 712-7000 (P)
(202) 712-7100 (F)
btrebach@bonnerkiernan.com
jbottiglieri@bonnerkiernan.com
wwhite@bonnerkiernan.com
namirthalingam@bonnerkiernan.com
mkinoshita@bonnerkiernan.com

Brendan H. Chandonnet, Esq. (#986719)
*Assistant General Counsel*
Washington Metropolitan Area Transit
Authority
600 Fifth Street, NW
Washington, DC 20001
(202) 962-2805 (P)
(202) 962-2550 (F)
bchandonnet@wmata.com

*Counsel for Defendant Washington
Metropolitan Area Transit Authority*

20

## **CERTIFICATE OF SERVICE**

I certify that on April 13, 2018, a copy of the foregoing was served *via* the court's electronic filing system on all counsel of record.

*/s/ Mana Kinoshita*
Mana Kinoshita