UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the <br> YELLOW LINE CASES, <br><br> LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority* <br><br> THIS DOCUMENT RELATES TO: ALL CASES | ) <br> )    Case No. 1:15-mc-00989-TSC-GMH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel[1], per the Court's April 2, 2018 Minute Order, respectfully submit the following Joint Status Report:

1. Eighteen[2] individual cases remain pending in this litigation:

   (a) 15-cv-226, Cobb, Brittany
   (b) 16-cv-227, Rich, Malbert
   (c) 16-cv-278, Hairston, Shannon McNeal
   (d) 16-cv-341, Ramdeen, Steve
   (e) 16-cv-347, Robinson, Preavain
   (f) 16-cv-361, Sillah, Luana
   (g) 16-cv-378, Warner, Reginald
   (h) 16-cv-1380, Natal, Alex
   (i) 17-cv-2269, Horner, Thomas
   (j) 18-cv-013, Torres, Amis Arevalo
   (k) 18-cv-014, Henriquez, Monteil
   (l) 18-cv-065, Mozie, Curtis
   (m) 18-cv-067, Uskokovic, Ivana
   (n) 18-cv-151, Abdullah, Suliman
   (o) 18-cv-335, Faison, Keri
   (p) 18-cv-338, Bell, Jacqueline
   (q) 18-cv-339, Taylor, Jareeta
   (r) 18-cv-358, Ndiaya, Binetou

---

[1] Attempts to reach Darlene Jackson, counsel for Brittany Cobb, have been unsuccessful.
[2] Stipulations of dismissal will be filed for Hairston, Shannon (16-cv-278) and Robinson, Preavain (16-cv-347).

2. The Parties request that the stay in this case be continued for one hundred and twenty (120) days after the filing of this Status Report.

          Respectfully submitted,

          /s/ *Patrick M. Regan*
          Patrick M. Regan, Esquire
          Victor E. Long, Esquire
          Salvatore J. Zambri, Esquire
          Paul J. Cornoni, Esquire
          Christopher J. Regan, Esquire
          Regan Zambri & Long PLLC
          1919 M Street, NW, Suite 350
          Washington, DC 20036
          (202) 463-3030
          Email: cregan@reganfirm.com
          Email: pregan@reganfirm.com
          Email: pcornoni@reganfirm.com
          Email: szambri@reganfirm.com
          **Counsel for Plaintiffs**

          /s/ *Kim D. Brooks-Rodney*
          Kim D. Brooks-Rodney, Esquire
          Cohen & Cohen, P.C.
          1220 19th Street, NW, Suite 510
          Washington, DC 20036
          Tel.: (202) 955-4529
          Fax: (202) 955-3142
          Email: kbr@cohenandcohen.net
          **Counsel for Plaintiffs**

          /s/ *Drew LaFramboise*
          Drew LaFramboise, Esquire
          Joseph Musso, Esquire
          Jerry Spitz, Esquire
          Ashcraft & Gerel, LLP
          4900 Seminary Road, Suite 650
          Alexandria, VA 22311
          (703) 931-5500
          Email: dlaframboise@ashcraftlaw.com
          Email: jmusso@ashcraftlaw.com
          Email: jspitz@ashcraftlaw.com
          **Counsel for Plaintiffs**

/s/ *William R. Cowden*
William R. Cowden, Esquire
William Cowden LLC
1750 K Street, NW, Suite 900
Washington, DC 20006
(202) 642-0209
Email: wcowden@cowdenllc.com
**Counsel for Plaintiff Alex Natal**

/s/ *Howard Meinster*
Howard Meinster, Esquire
Budow and Noble, P.C.
12300 Twinbrook Parkway
Suite 540
Rockville, MD 20852
(301) 654-0896
Email: hmeinster@budownoble.com
**Counsel for Plaintiff Thomas Horner**

/s/ *Douglas Allston*
Douglas Allston, Esquire
Allston & Associates
7501 Greenway Center Dr., Suite 460
Greenbelt, MD 20770
(301) 220-1341
**Counsel for Plaintiffs Jacqueline Bell and Jareeta Taylor**

/s/ *Samuel Scott*
Samuel Scott, Esquire (admission to this Court pending)
Christian, Ashin & Brown, P.C.
7305 Baltimore Ave., Suite 305
College Park, MD 20740
(301) 277-9171
**Counsel for Plaintiffs Keri Faison and Binetou Ndiaya**

/s/ *Jason Fernandez*
Jason Fernandez, Esquire
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, MD 20910
(301) 589-2200
Email: jfernandez@gblawyers.com

*Counsel for Plaintiff Curtis Mozie*

*/s/ Brendan J. Klaproth*
Brendan J. Klaproth, Esquire
Klaproth Law PLLC
406 Fifth Street, NW, Suite 350
Washington, DC 20001
(202) 618-2344
Email: bklaproth@klaprothlaw.com
*Counsel for Plaintiff Suliman Abdullah*

*/s/ Harvey Shepherd Williams*
Harvey Shepherd Williams, Esquire
Williams Legal Group
2141 Wisconsin Avenue, NW, Suite N3
Washington, DC 20007
(202) 462-5900
Email: hsw@williamslegalgroup.com
*Counsel for Plaintiff Ivana Uskokovic*

/s/ Mana Kinoshita
Barry D. Trebach, Esquire
Joseph J. Bottiglieri, Esquire
William H. White Jr., Esquire
Nimalan Amirthalingam, Esquire
Mana Kinoshita, Esquire
Bonner Kiernan Trebach & Crociata LLP
1233 20th Street, NW
8th Floor
Washington, DC 20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: btrebach@bonnerkiernan.com
Email: jbottiglieri@bonnerkiernan.com
Email: wwhite@bonnerkiernan.com
Email: namirthalingam@bonnerkiernan.com
Email: mkinoshita@bonnerkiernan.com

Brendan H. Chandonnet, Esquire
*Assistant General Counsel*
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-2805
Fax: 202-962-2550

        Email: bchandonnet@wmata.com
        ***Counsel for Defendant***
        ***Washington Metropolitan Area Transit Authority***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July 2018, a copy of the foregoing was filed electronically and served on all parties via the Court's electronic filing system.

        <u>/s/ *Mana Kinoshita*</u>
        Mana Kinoshita