IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No.: 01:15-mc-00989-TSC-GMH<br><br>Judge: Tanya S. Chutkan |

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, pursuant to the Court's March 9, 2020 Minute Order, respectfully submit the following Joint Status Report:

1. One case remains pending in this litigation:

    i. 18-cv-067, Uskokovic, Ivana

2. The Parties request that the stay in this case be continued for an additional sixty (60) days following the filing of this Joint Status Report in accordance with the Court's March 9, 2020 Minute Order.

Date: September 23, 2022        Respectfully submitted,

/s/ *Patrick M. Regan*
Patrick M. Regan, Esq.
Regan Zambri & Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036
Tel: (202) 463-3030
Email: pregan@reganfirm.com
**Counsel for Plaintiffs**

*/s/ Harvey Shepherd Williams*
Harvey Shepherd Williams, Esquire
Williams Legal Group
2300 Wisconsin Avenue, NW, Suite 100A
Washington, DC 20007
Tel: (202) 462-5900
Email: hsw@williamslegalgroup.com
**Counsel for Plaintiff Ivana Uskokovic**

/s/ *Matthew M. Davey*
Barry D. Trebach, Esquire
Matthew M. Davey, Esquire
Jason R. Engel, Esquire
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Tel.: 202-712-7000
Email: btrebach@kiernantrebach.com
Email: mdavey@kiernantrebach.com
Email:jengel@kiernantrebach.com

Brendan H. Chandonnet, Esquire
*Senior Counsel*
WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-2805
Email: bchandonnet@wmata.com
**Counsel for Defendant Washington Metropolitan Area Transit Authority**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the<br>YELLOW LINE CASES<br>Arising out of the Events of Jan 12, 2015<br><br>LEAD CASE: *Glover et al. v. Washington Metropolitan Area Transit Authority*<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No.: 01:15-mc-00989-TSC-MGH<br><br>Judge: Tanya S. Chutkan |

# ORDER

Upon consideration of the Joint Status Report submitted by all parties in the above-captioned matter, it is this _____ day of September, 2022, hereby,

**ORDERED,** that the stay in this matter is hereby continued until further order of the court and the parties shall file another joint status report by Tuesday, November 22, 2022 and every 60 days thereafter.

Date: _____  _____
                                                                    Honorable Tanya S. Chutkan

cc:     All counsel of record.